# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Keith Horist. et al.**,
Plaintiff(s),

v.

**Sudler and Company, et al.**,

Defendant(s).

Case No. 17 cv 8113
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $
        which ☐ includes     pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: The Court grants defendant NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com's and defendant Sudler and Company d/b/a Sudler Property Management's motions to dismiss.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.


Date: 4/24/2018                         Thomas G. Bruton, Clerk of Court

                                                       Claire Newman , Deputy Clerk