# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

October 21, 2019

Before:
DIANE S. SYKES, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge
AMY J. ST. EVE, Circuit Judge

| No. 18-2150 | KEITH HORIST, JOSHUA LEYMAN, and LORI EYMAN, Plaintiffs - Appellants<br><br>v.<br><br>SUDLER AND COMPANY, d/b/a SUDLER PROPERTY MANAGEMENT and NEXTLEVEL ASSOCIATION SOLUTIONS, INC., d/b/a/ HOMEWISEDOCS.COM, Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-08113<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)